DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FERNANDO CALDERON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2715

[August 8, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2018-CF-003580-AXXX-MB.

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***